UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**IN RE: ENGLE CASES**  CASE NO. 3:09-cv-10000-J-37JBT

Counsel for Plaintiff:   Counsel for Defendants:

| | |
|---|---|
| Stephanie Parker | Robert Heimann |
| John Walker | Robert Nelson |
| John Yarber | Kathryn Barnett |
| Sean Laane | Norwood Wilner |
| Geoffrey Michael | |
| Robert Parrish | |
| Robb Patryk | |
| Kelly Anne Luther | |
| Andy Carpenter | |
| Peter Grossi | |

**HONORABLE ROY B. DALTON, JR., UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Virginia Flick
Court Reporter: Scott Gamertsfelder

## CLERK'S MINUTES

**PROCEEDINGS OF:**   **MOTIONS HEARING**

Argument heard on the Motions identified in the Notice of Hearing (Doc 401) filed December 1, 2011.

Court's Ruling on Motions:

1. Defendants' Motion[s] for Partial Summary Judgment on Plaintiffs' Claims for Breach of Express and Implied Warranties (All Cases) –**TAKEN UNDER ADVISEMENT**

   Plaintiffs directed to make additional filings with respect to each case a specific citation to the record where there is evidence of a direct acquisition of the product by each plaintiff or in the alternative a circumstance which takes place of a direct acquisition.  Plaintiff to file within ten days and the defendants ten days to respond.

2. De Minimus Brand Usage

   - Defendant Philip Morris USA Inc.'s Motion for Summary Judgment Based on *De Minimis* Brand Usage (Waggoner, Doc. 86) – **DENIED**

   - Philip Morris USA Inc.'s Motion for Summary Judgment Based on *De Minimis* Brand Usage (Walker, Doc. 53) – **DENIED**

- Defendant R.J. Reynold's Motion for Summary Judgment and Memorandum of Law in Support (Denton, Doc. 48)  – **DENIED**

- Defendant Liggett Group LLC's Motion for Summary Judgment Based on Lack of Causation (Young, Doc. 52)  – **DENIED**

- Lorillard Tobacco Company's Motion for Summary Judgment (Starling, Doc.66)– **GRANTED**

3. Defendants' <otion for Summary Judgment of Each Plaintiff's Claims for Punitive Damages (ALL CASES, Master Docket, Doc 367)  – **TAKEN UNDER ADVISEMENT**

4. Defendants' Motion for Summary Judgment Based on Lack of Standing and Judicial Estoppel (Waggoner, Doc. 85)  – **GRANTED**

5. Defendants' Motion for Partial Summary Judgment as to Plaintiff's Theory of Recovery Based on Her Alleged Future Risk of Cancer or Present Fear of Cancer Recurrence (Waggoner, Doc. 89) )   – **DENIED AS MOOT**

6. Defendants' Motion to Exclude Evidence or Argument Concerning the Use of Ammonia Compounds in Cigarettes Pursuant to Daubert (ALL CASES, Master, Doc. 364) )   – **DENIED**

7. Defendants' Motion to Exclude Evidence or Argument Concerning the Use of Additives in Cigarettes Pursuant to *Daubert* (ALL CASES, Master, Doc. 365)  – **DENIED**

8. Lorillard's Motion to Exclude Evidence or Argument Concerning the Use of Ammonia Compounds in Cigarettes Pursuant to Daubert (Starling, Doc. 68) )   – **DENIED**

9. Plaintiffs' Motion to Exclude Portions of Testimony of Defendants' "Addiction Experts" (ALL CASES, Master, Doc. 361) – **DENIED IN PART, GRANTED IN PART**

10. Defendants' Motion *in Limine* to Preclude Dr. I. Allan Feingold, M.D. From Testifying with Respect to Addiction (Waggoner, Starling, Denton, Master, Doc. 362)  – **DENIED**

11. Defendants' Motion to Exclude the Addiction Opinion of Dr. Peter Pitocchi Pursuant to *Daubert* (Denton, Doc. 50) – **GRANTED**

12. Defendants' Motion *in Limine* to Limit the Testimony of Dr. K. Michael Cummings (ALL CASES, Master, Doc. 368) – **RESERVE RULING**

13. Plaintiffs' Motion to Exclude the Opinion and Testimony of Edwin C. Amos, III (Duke, Doc. 57) – **DENIED**

14. Plaintiffs' Motion to Exclude the Opinion and Testimony of William P. Klein, M.D. (Pickett, Doc. 48) – **DENIED**

15. Plaintiffs' Motion to Exclude the Opinion and Testimony of Dr. David Brusick, Ph.D. (Pickett, Doc. 49) – **DENIED**

16. Defendants' Motion to Exclude From All Pending Cases Certain Opinions of David M. Burns, M.D. (ALL CASES, Master, Doc. 363) -- **DENIED IN PART, GRANTED IN PART**

17. Defendants' Motion to Exclude from Certain Pending Cases the Medica Causation Opinions of David M. Burns, M.D. (Waggoner, Doc. 88) ) – **DENIED AS MOOT**

18. Defendants' Motion to Exclude From Certain Pending Cases the Medical Causation Opinions of David M. Burns, M.D. (Duke, Doc. 56) --**DENIED IN PART, GRANTED IN PART**

19. Defendants' Motion to Exclude From Certain Pending Cases the Medical Causation Opinions of David M. Burns, M.D. (Pickett, Doc. 47) – **DENIED IN PART, GRANTED IN PART**

20. Plaintiffs' Motion and Memorandum of Law in Support of Motion to Exclude Certain Opinions and Testimony of Elizabeth Cobb Hoffman, Ph.D. (Gollihue, Pickett, Waggoner, Master, Doc. 369)– **DENIED IN PART, GRANTED IN PART**

21. Plaintiffs' Motion and Memorandum of Law in Support of Motion to Exclude Certain Testimony of Historians Elizabeth Cobbs Hoffman, Ph.D., Gregg Michel, Ph.D., Michael Schaller, Ph.D., and Randy Roberts, Ph.D. (ALL CASES, Master, Doc. 370, 371) – **DENIED IN PART, GRANTED IN PART**

22. Plaintiffs' Motion and Memorandum of Law in Support of Motion to Exclude Certain Opinions and Testimony of John G. Geer, Ph.D. (Denton, Young McCray, Master, Doc. 366) **GRANTED IN PART** (to a limited extent)

**DATE: 12/13/2011  TIME: 9:32 am-12:33 pm / 1:41 pm- 4:16 pm    TOTAL: 5/31**